Case 2:09-cv-02473-PA-MAN   Document 44   Filed 04/29/10   Page 1 of 3   Page ID #:438

DUANE M. GECK (State Bar No. 114823)  JS-6
DONALD H. CRAM (State Bar No. 160004)
(dhc@severson.com)
ANDREW S. ELLIOTT (State Bar No. 254757)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Plaintiff
FORD MOTOR CREDIT COMPANY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>H & J AUTO GROUP, INC., dba PUENTE HILLS MAZDA, a California corporation; and JOHN KIM, an individual,<br><br>    Defendants. | Case No.: CV09-02473 PA MANx<br><br>**STIPULATED JUDGMENT**<br><br>Date:       May 17, 2010<br>Time:      1:30 p.m.<br>Place:      312 N. Spring Street<br>               Los Angeles, CA<br>Courtroom: 15<br>Judge:     Hon. Percy Anderson<br>Complaint Date: April 9, 2009<br>Trial Date:    Vacated |

Pursuant to the Stipulation for Entry of Judgment by and between Plaintiff, Ford Motor Credit Company LLC ("Ford Credit"), and Defendants, H & J Auto Group, Inc., dba Puente Hills Mazda ("Puente Hills Mazda") and John Kim ("Kim"), and for good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that,

1. Plaintiff, Ford Credit, is awarded and shall recover the sum of $1,314,404.09 against Defendant, Puente Hills Mazda.

2. Plaintiff, Ford Credit, is awarded and shall recover the sum of $900,000

10872/0148/805197.1                                         STIPULATED JUDGMENT
                                                       Case No. CV09-02473-PA (MANx)


1. against Defendant, Kim.

3. Ford Credit shall not execute upon this judgment until on or after March 1, 2011.

Dated: April 29, 2010

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

DATED: April 27, 2010          H & J AUTO GROUP, INC.


By:  */S/ John Kim*
            John Kim
            Its President
     Defendant


DATED: April 27, 2010          */S/ John Kim*
                               JOHN KIM
                               Defendant

DATED: April 27, 2010          HORIZON LAW GROUP, LLP


By:  */S/ David A. Brewster*
            David A. Brewster
     Attorneys for Defendants
     H & J AUTO GROUP, INC. and JOHN KIM

| | |
|---|---|
| DATED:  April 27, 2010 | SEVERSON & WERSON<br>A Professional Corporation |
| | By: */S/ Donald H. Cram*<br>         Donald H. Cram |
| | Attorneys for Plaintiff<br>FORD MOTOR CREDIT COMPANY LLC |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.